# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JIMI D. VANDUSEN**                                                                           **PLAINTIFF**

**v.**                      **Case No. 4:19-cv-00566-LPR-JTK**

**ANDREW SAUL, Commissioner,**
**Social Security Administration**                                           **DEFENDANT**

## JUDGMENT

Based on the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED the Commissioner's decision is REVERSED and REMANDED. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ADJUDGED this 23rd day of September 2020.

*/s/ Lee P. Rudofsky*
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE